IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

SUNBELT RENTALS, INC.,

    Plaintiff,

v.

PRE-CAST SPECIALTIES, LLC,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Sunbelt Rentals, Inc. ("Sunbelt") files this Complaint against Defendant Pre-Cast Specialties, LLC ("Pre-Cast"). Plaintiff requests a jury trial.

## Parties

1. Plaintiff Sunbelt is a corporation formed under the laws of North Carolina. Its principal place of business is in South Carolina.

2. Defendant Pre-Cast is a foreign limited liability company authorized to transact business in Florida. On information and belief, the members of Pre-Cast are president Dean Jenness Locke, a Florida resident citizen; controller Shirley Perry, a Florida resident citizen; and MBR, Quantum Construction, LLC, *See, e.g.,* Ex. A, Pre-Cast Specialties, LLC Annual Report. On information and belief, Quantum Construction, LLC is a foreign limited liability company authorized to transact business in Florida whose sole member is its CEO, Dean Locke, a Florida resident citizen. *See, e.g.,* Ex. B, Quantum Construction Management, LLC[1] Annual Report.

---

[1] Searching for Quantum Construction, LLC on the secretary of state's website for Florida returns one result which is in inactive status showing the last filing as a dissolution in 2006, with its managing member being a Florida

3. On information and belief, there are no members of Pre-Cast Specialties, LLC or Quantum Construction, LLC who are resident citizens of either North Carolina or South Carolina.

## Jurisdiction

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 exclusive of costs.

5. This Court has personal jurisdiction over Defendant because it conducts and transacts business in the State of Florida and is authorized to do business within Florida.

## Venue

6. Venue is proper in this jurisdiction pursuant to 28 U.S.C. § 1391 because on information and belief at least one of Defendant's members is a resident citizen of the Southern District and the other members are resident citizens of Florida.

7. Alternatively, Defendant conducts and transacts business in the Southern District, and the events giving rise to this claim occurred in the Southern District.

## Facts

8. Sunbelt rents equipment to its customers for use in construction projects and other projects.

9. Pre-Cast is a designer and builder of precast and pre-stressed concrete products. *See* http://www.precastspecialties.com/.

10. On August 7, 2006, Fred Cianelli executed on Pre-Cast's behalf an "Application of Credit" (the "Application") which incorporated "Credit Terms and Conditions." The Application

---

resident, and a second result which shows Quantum Construction, LLC as a cross reference for Quantum Construction Management, LLC.

was extended to Pre-Cast from NationsRent Companies, Inc. ("NationsRent"). On information and belief, while the Application was initially executed on behalf of Pre-Cast Specialties, Inc., Pre-Cast Specialties, LLC has now taken over rental of equipment in recent years since the Inc.'s dissolution and is responsible for the timely payment of invoices and return of equipment.

11. A copy of the Application is attached as Exhibit C.

12. NationsRent's approval of the Application established an open account through which Pre-Cast could rent equipment from NationsRent on credit.

13. The Credit Terms and Conditions that apply to the open account are included as part of the Application at Exhibit C.

14. On December 31, 2006, NationsRent Companies, Inc. merged with Sunbelt Rentals, Inc. *See* Exhibit D, Articles of Merger. Sunbelt thus acquired the Pre-Cast account.

15. During 2019, Sunbelt rented equipment (the "Equipment") to Pre-Cast.

16. Pre-Cast did not fully pay Sunbelt the rental fees for the Equipment.

17. Unpaid invoices (the "Invoices") reflecting the rental fees for the Equipment are attached as Exhibits E-1, E-2, and E-3. These Invoices show that the job addresses and "invoice to" addresses are for 3898 Selvitz Road, Fort Pierce, FL, the same address listed for Pre-Cast Specialties, LLC as stated on their 2020 Annual Report, which is located within the Southern District of Florida.

18. The Credit Terms and Conditions provide for a service charge on all delinquent amounts "up to the maximum permitted by state law where the contract is signed."

19. An account summary listing the Invoices and the principal amounts owed for each of the Invoices as well as service charges is attached as Exhibit F.

20. Exhibit F reflects that the total unpaid amount of the Invoices plus late charges is $90,080.60

21. The Credit Terms and Conditions provide that Sunbelt can recover from Pre-Cast all the reasonable attorneys' fees, collection costs, and court costs it incurs to collect amounts Pre-Cast owes Sunbelt.

### Claim 1 – Breach of Contract

22. Sunbelt incorporates the previous allegations presented in this complaint.

23. The Application and all incorporated Credit Terms and Conditions and the Invoices constituted a contract between Sunbelt and Pre-Cast.

24. Pre-Cast breached that contract by not fully paying Sunbelt for its rental of the Equipment.

25. Sunbelt suffered damages because of Pre-Cast's breach of contract.

### Demand for Relief

ACCORDINGLY, Sunbelt respectfully requests that the Court enter a judgment in Sunbelt's favor and against Pre-Cast granting the following relief:

An order entered making Pre-Cast liable for:

(1) the total unpaid amount of the invoices,

(2) accrued service charges/late charges that have accrued to date and that will continue to accrue until the principal amount of the unpaid invoices is fully collected,

(3) attorneys' fees and other costs Sunbelt has and will incur to collect the amounts the defendant owes Sunbelt,

(4) pre-judgment interest,

(5) post-judgment interest and

(6) any other relief the Court deems appropriate.

Respectfully submitted this 19th day of May, 2020.

**BUTLER SNOW LLP**

By: */s/ M. Elizabeth Roper*
    M. ELIZABETH ROPER (FL Bar No. 0100795)

Trial Counsel

OF COUNSEL:

Butler Snow LLP
M. Elizabeth Roper (FL Bar No. 0100795)
1020 Highland Colony Parkway, Suite 1400 (39157)
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
(T) 601-948-5711
(F) 601-985-4500
(E) beth.roper@butlersnow.com

52826128.v1